**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NICOLE PHILLIPS, Administrator of the Estate of
Richard G. Dinneny, deceased,

                    Plaintiff,

   -against-                                     17 **CIVIL** 5307 (CS)

                                                        **<u>JUDGMENT</u>**

THE CITY OF MIDDLETOWN, a municipal
corporation, MIDDLETOWN POLICE OFFICER
GEORGE NEILSON No. 1152, in his official
capacity & individual capacity, MIDDLETOWN
POLICE OFFICER JASON BERMAN No. 1179,
in his official capacity & individual capacity,
MIDDLETOWN POLICE SERGEANT DAVID
FRANCK, in his official capacity & individual
capacity, and MIDDLETOWN POLICE OFFICER
JORDAN McINERNEY, in his official capacity
& individual capacity,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2021, Defendants' second motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 29, 2021

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                      **Deputy Clerk**